

# NUMBER 13-09-00312-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: TEXAS DEPARTMENT OF PUBLIC SAFETY

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Benavides
### Per Curiam Memorandum Opinion[1]

Relator, Texas Department of Public Safety, filed a petition for writ of mandamus in the above cause on June 9, 2009, through which it sought to compel the trial court to rule on its plea to the jurisdiction and alternatively, motion for summary judgment. Relator further sought emergency relief in the form of a stay. On June 10, the Court granted in part, and denied in part, the motion for emergency relief, and requested that the real party in interest file a response to the petition for writ of mandamus.

On June 15, relator supplemented the mandamus record with the trial court's rulings

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

on its plea to the jurisdiction and alternatively, motion for summary judgment, and related rulings. Because respondent has ruled on relator's plea to the jurisdiction and alternatively, motion for summary judgment, relator's petition for writ of mandamus asking us to require respondent to rule is moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . ."); *State Bar of Texas v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought).

The Court, having examined and fully considered the petition for writ of mandamus and the supplemental record thereto, is of the opinion that this matter has been rendered moot. Accordingly, the Court LIFTS the stay previously imposed by this Court and DISMISSES the petition for writ of mandamus as moot. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 18th day of June, 2009.